UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT CLARK,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>E. VALENZUELA, WARDEN,<br><br>　　　　Respondent. | Case No. CV 14-2122-JLS (PJW)<br><br>ORDER TO SHOW CAUSE AS TO WHY ACTION SHOULD NOT BE DISMISSED WITH PREJUDICE FOR FAILURE TO PROSECUTE |

On March 20, 2014, Petitioner, who is currently incarcerated in state prison in California and proceeding in pro se, filed a motion requesting appointment of counsel in an action that he was intending to bring. Because it was not clear whether Petitioner was planning to file a federal habeas corpus petition or a civil rights action, the Court issued an order, explaining the difference between the two types of action and attaching copies of blank forms for Petitioner to fill out and mail back. The Court informed Petitioner that he was required to file his action no later than May 1, 2014. Petitioner has not filed an action and has not requested an extension of time.

IT IS THEREFORE ORDERED that, no later than **June 19, 2014**, Petitioner shall inform the Court in writing why this case should not be dismissed with prejudice for failure to prosecute. Failure to

1  timely file a response will result in this case being dismissed.

2  IT IS SO ORDERED

3  DATED:   May 30, 2014

                                    /s/ Patrick J. Walsh
                                    PATRICK J. WALSH
                                    UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-State Habeas\CLARK, B 2122\OSC_failure prosecute.wpd