UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT CLARK, | CASE NO. CV 14-2122-JLS (PJW) |
| Petitioner, | |
| v. | J U D G M E N T |
| E. VALENZUELA, WARDEN, | |
| Respondent. | |

Pursuant to the Order Granting Petitioner's Request to Voluntarily Dismiss His Petition,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: June 30, 2014.

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesD30550\Clark Judgment.wpd